IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE DAVID<br>SCANLAN<br>107 North Main Street, Room 204, Concord,<br>NH 03301<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-00531 |

**PLAINTIFF'S CORRECTED WITNESS LIST, EXHIBIT LIST, AND PROPOSED FINDINGS OF FACT AND LAW REGARDING JURISDICTION**

Witness List:

1. David Obed Garza.

2. Alexander Dominic Gomez.

Exhibit List:

1. Invoice for Campaign Website Hosting.

2. Invoices and other evidence of cost of flight, hotel, and other campaign travel costs to and from New Hampshire for campaign staffers David Obed Garza and Alexander Dominic Gomez.

Dated: December 26, 2023.                    Respectfully submitted,

                                             By: /s/ *John Anthony Castro*
                                             John Anthony Castro

1

        12 Park Place
        Mansfield, TX  76063
        (202) 594 – 4344
        J.Castro@JohnCastro.com
        **Plaintiff** *Pro Se*

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was electronically filed with the Court via CM/ECG on  December 26, 2023 and that all parties are registered users of said system and will be electronically notified.

        */s/ John Anthony Castro*
        John Anthony Castro