## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>    Plaintiff,<br><br>*v.*<br><br>SECRETARY OF STATE DAVID SCANLAN<br>107 North Main Street, Room 204, Concord, NH 03301<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-cv-00531 |

### PLAINTIFF'S AMENDED WITNESS AND EXHIBIT LIST

Plaintiff notifies the Court that he was battling a severe case of COVID since Christmas Day that become entirely debilitating on the evening of December 27. This is evidenced by the oddly titled prior witness and exhibit list. Today is the first day that Plaintiff has been able to be somewhat functional.

Plaintiff provides this updated witness and exhibit list.

<u>Witness List</u>:

1. David Obed Garza.

2. Alexander Dominic Gomez.

<u>Exhibit List</u>:

1. Invoice for Campaign Website Hosting.

2. Invoices and other evidence of cost of flight, hotel, and other campaign travel costs to and from New Hampshire for campaign staffers David Obed Garza and Alexander Dominic Gomez.

1

3. Proof of ballot placement on the New Hampshire Republican Primary ballot.

4. Proof of ballot placement on the Nevada Republican Primary ballot.

5. Proof of ballot placement on the Arizona Republican Primary ballot.

6. South Carolina U.S. Magistrate's Recommendation that Filing Fee's Constitutionality is in Question.

7. 2016 New Hampshire Republican Primary Election Results.

8. Email exchange between Plaintiff and Ellen de Graffenreid of Grinnel College indicating they only polled between the two leading candidates from both parties: Biden and Trump.

9. Email exchange between Plaintiff and Meri Power-Ayer of Suffolk University confirming I would be on the next poll.

10. Email exchange between Plaintiff and Jason Sclar of HarrisX who said they defer to Ballotpedia to identify "noteworthy" candidates.

11. Ballotpedia website print-out of definition of noteworthy candidate.

12. Email exchange between Plaintiff and Ballotpedia regarding Plaintiff's extensive media coverage that directly goes to the outcome of the election: enforcing the U.S. Constitution, Amendment 14, Section 3.

Dated: December 30, 2023.                    Respectfully submitted,

                                             By: /s/ *John Anthony Castro*
                                             John Anthony Castro
                                             12 Park Place
                                             Mansfield, TX  76063
                                             (202) 594 – 4344
                                             J.Castro@JohnCastro.com
                                             **Plaintiff** *Pro Se*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was electronically filed with the Court via CM/ECG on December 30, 2023 and that all parties are registered users of said system and will be electronically notified.

*/s/ John Anthony Castro*
John Anthony Castro
